**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Brotherhood of Maintenance of Way Employes,

Plaintiff, Civ. 00 CV 1852

v. **ORDER**

Burlington Northern Santa Fe Railroad,

Defendant.

---

O'Donnell, Schwartz & Anderson, P.C., by RICHARD S. EDELMAN, Minneapolis, Washington, DC, and Charles A. Collins, P.S., by CHARLES A. COLLINS, St. Paul, Minnesota, appeared on behalf of Plaintiff, Brotherhood of Maintenance of Way Employees.

Burlington Northern Santa Fe, by CHARLES W. SHEWMAKE, Forth Worth, Texas, and Spence, Ricke, Sweeney & Gernes, by PATRICK J. SWEENEY, St. Paul, Minnesota, appeared on behalf of Defendant Burlington Northern Santa Fe Railway Company.

---

This matter comes before the Court on Plaintiff Brotherhood of Maintenance of Way Employees's ("BMWE") motion to strike Defendant Burlington Northern Santa Fe Railway Company's ("BNSF") Supplemental Affidavit of Charles W. Shewmake. For the reasons stated below, the Court will deny Plaintiff's motion.

BNSF submitted a "Supplemental Affidavit of Charles W. Shewmake" along with its Reply Memorandum in Support of its Motion to Dismiss. The affidavit attached a portion of the collective bargaining agreement ("CBA") that is at the center of this dispute. BMWE moved this Court to strike the affidavit for several reasons.

Local Rule of the United States District Court for the District of Minnesota 7.1(b)(2) does not prohibit a moving party from filing affidavits or other factual material in conjunction with a Reply Memorandum, nor does it require the moving party to seek leave of the Court to do so. Neither in its memorandum supporting its Motion to Strike nor during Oral Argument on this matter, did BMWE dispute that the affidavit attached a verbatim quote from the August 12, 1999 CBA or that the relevant language of the CBA that was attached is already quoted in BMWE's Complaint and/or the Parties' papers. It simply does not constitute information that was improperly withheld from the moving party's papers in order to gain an advantage, *see* 1999

FILED JAN 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Advisory Committee's Note to LR 71.(b)(2), nor did it inappropriately raise a new argument or issue in the Reply brief, *see, e.g., Berg v. Norand Corp.*, 169 F.3d 1140, 1146 (8th Cir. 1999).

* * *

Accordingly, upon its review of the files, motions and proceedings herein, it is hereby ORDERED that Plaintiff's Motion Strike Defendant's Supplemental Affidavit of Charles W. Shewmake is DENIED.

DATED: January 24, 2001

DONALD D. ALSOP, Senior Judge
*United States District Court*