# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brotherhood of Maintenance of Way Employees

v.

Burlington Northern Santa Fe Railroad

Case No. Civil 00-1852DDA/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendant's motion to dismiss is GRANTED and the complaint is DISMISSED for lack of subject matter jurisdiction.

DATE: January 24, 2001

FRANCIS E. DOSAL, CLERK

____________________________

Denise La Fond, Deputy Clerk